UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
_____ DIVISION

IN ADMIRALTY

CASE NO. 00-**00-6187**

**CIV - GOLD**

MAGISTRATE JUDGE
SIMONTON

YACHTS EAST, INC., A Florida
corporation and NEW RIVER BOAT
CLUB, INC. d/b/a NEW RIVER
MARINA, a Florida corporation,

    Plaintiffs,

vs.

*M/V Sarah Michelle*, Official
Number 904827, her engines,
tackle, apparel and other
appurtenances, *in rem*, and
DOUBLE EAGLE AVIATION,
INC., a foreign corporation,
*in personam,*

    Defendant.
_____/

## VERIFIED COMPLAINT

The Plaintiffs, YACHTS EAST, INC. (hereinafter "YACHTS EAST") and NEW RIVER

BOAT CLUB, INC. d/b/a NEW RIVER MARINA (hereinafter "NEW RIVER"), by and through

their undersigned counsel, file this Complaint against the motor vessel *Sarah Michelle*, her

engines, tackle, apparel and other appurtenances, *in rem*, and DOUBLE EAGLE AVIATION,

INC. (hereinafter "DOUBLE EAGLE") and states as follows:

    1. This is a cause of admiralty and maritime jurisdiction within the meaning of Rule 9(h)

of the Federal Rules of Civil Procedure and is within the jurisdiction of this Court pursuant to 46

U.S.C. §31301 *et seq.*

    2. At all material times, the Plaintiff, YACHTS EAST, INC., is a Florida corporation



with its principal place of business located at 2955 State Road 84, Fort Lauderdale, Florida 33312.

3. At all material times, Plaintiff NEW RIVER is a Florida corporation with its principal place of business located at 3001 State Road 84, Fort Lauderdale, Florida 33312.

4. At all material times herein, the Defendant vessel *Sarah Michelle* is a 1986 Wellcraft motor vessel, Official Number 904827, Hull Identification Number WELP1676A686, is and will be during the pendency of this action within the Southern District of Florida.

5. At all material times hereto, and upon information and belief, Defendant DOUBLE EAGLE is a foreign corporation with its principal place of business located at Haskell, Oklahoma transacting business within the Southern district of Florida and was at all material times the owner of the *Sarah Michelle*.

6. On or about September 1998 - January 2000, Plaintiff YACHTS EAST provided "necessaries" to the Defendant vessel, to-wit: repair services and labor. Plaintiff's services for the Defendant vessel are in accordance with the exhibit hereto attached and incorporated by reference, as Plaintiff's Exhibit "1."

7. On or about September 1998 - January 2000, Plaintiff NEW RIVER provided "necessaries" to the Defendant vessel, to wit: dockage. Plaintiff's services for the Defendant vessel are in accordance with the exhibit hereto attached and incorporated by reference, as Plaintiff's Exhibit "2."

8. Defendant vessel *Sarah Michelle* has failed to pay for these services at Plaintiff YACHTS EAST's office in Fort Lauderdale, Florida in the total amount of Twenty-Five Thousand Six Hundred Eighty-Two and 42/100 Dollars ($25,682.42), despite repeated demand for payment of the invoice submitted to the Defendant vessel *Sarah Michelle* and/or her owners,

agents or charterers.

9. Defendant vessel *Sarah Michelle* has failed to pay for these services at Plaintiff NEW RIVER MARINA's office in Fort Lauderdale, Florida in the total amount of Sixteen Thousand Four Hundred Seventy-Three and 37/100 Dollars ($16,473.37), despite repeated demand for payment of the invoice submitted to the Defendant vessel *Sarah Michelle* and/or her owners, agents or charterers.

WHEREFORE, the Plaintiffs, YACHTS EAST, INC. and NEW RIVER MARINA, pray for the following:

    a) That process issue against the *M/V Sarah Michelle*, her engines, tackle, apparel, etc., *in rem*;

    b) That all persons having or claiming an interest therein may be required to appear and answer the aforesaid matters;

    c) That the Plaintiff be decreed to have a lien upon the Defendant vessel described herein and that such lien be foreclosed in accordance with law and thereupon that the vessel be condemned and sold in payment of the amount due and all such other sums are owed, and that the Plaintiff be permitted to bid the amount of its lien at the sale of the vessel;

d) That this Court further award Plaintiff the total amount due, pre-judgment interest and costs, and that Plaintiff be permitted to recover same from Defendant vessel.

DATED this 4th day of February 2000.

                                      JAMES W. STROUP, P.A.
                                      Attorneys for Plaintiffs
                                      119 Southeast 12th Street
                                      Fort Lauderdale, FL 33316
                                      (954) 462-8808; fax 462-0278

BY: _____
                                      JAMES W. STROUP
                                      Florida Bar No. 0842117

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
_____ DIVISION

IN ADMIRALTY

CASE NO. 00-   -CIV-

YACHTS EAST, INC., A Florida
corporation and NEW RIVER BOAT
CLUB, INC. d/b/a NEW RIVER
MARINA, a Florida corporation,

    Plaintiffs,

vs.

*M/V Sarah Michelle*, Official
Number 904827, her engines,
tackle, apparel and other
appurtenances, *in rem*,

    Defendant.
_____/

## **VERIFICATION**

STATE OF FLORIDA   )
                                ) SS
COUNTY OF BROWARD  )

    STEWART DONALDSON, being duly sworn deposes and states:

    1.    I am the President of YACHTS EAST, INC., the Plaintiff herein.

    2.    I have read the foregoing Verified Complaint and know the contents thereof, and the same is true to the best of my own knowledge upon information and belief.

    3.    The reason that I make this verification is that YACHTS EAST, INC. is a corporation and I am its President.

    4.    The sources of my information and the grounds of my belief as to all matters

stated in the Verified Complaint and based upon reports made to me by employees and the records of the corporation for which I have been authorized to make these representations.

YACHTS EAST, INC.

By: _____
STEWART DONALDSON, President

SWORN TO AND SUBSCRIBED, before me, the undersigned authority, this 3RD day of February 2000, by STEWART DONALDSON as President of YACHTS EAST, INC., who is personally known to me or produced _____ as identification.

_____
Notary Public (signature)

CHRISTINE M. CHRISTOPHER
Notary Public (typed or printed)

My Commission Expires:



Christine M. Christopher
MY COMMISSION # CC842493 EXPIRES
June 18, 2003
BONDED THRU TROY FAIN INSURANCE, INC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
_____ DIVISION

IN ADMIRALTY

CASE NO. 00-____-CIV-

YACHTS EAST, INC., A Florida
corporation and NEW RIVER BOAT
CLUB, INC. d/b/a NEW RIVER
MARINA, a Florida corporation,

    Plaintiffs,

vs.

*M/V Sarah Michelle*, Official
Number 904827, her engines,
tackle, apparel and other
appurtenances, *in rem*,

    Defendant.
_____/

## **VERIFICATION**

STATE OF FLORIDA    )
                         ) SS
COUNTY OF BROWARD   )

    ROBERT WICKMAN, being duly sworn deposes and states:

    1.    I am the President of NEW RIVER BOAT CLUB, INC. d/b/a NEW RIVER MARINA, the Plaintiff herein.

    2.    I have read the foregoing Verified Complaint and know the contents thereof, and the same is true to the best of my own knowledge upon information and belief.

    3.    The reason that I make this verification is that NEW RIVER BOAT CLUB, INC. d/b/a NEW RIVER MARINA is a corporation and I am its President.

4. The sources of my information and the grounds of my belief as to all matters stated in the Verified Complaint and based upon reports made to me by employees and the records of the corporation for which I have been authorized to make these representations.

NEW RIVER BOAT CLUB, INC. d/b/a
NEW RIVER MARINA

By: *Robt S. Wickman*

SWORN TO AND SUBSCRIBED, before me, the undersigned authority, this 3rd day of February 2000, by Robert Wickman as President of NEW RIVER BOAT CLUB, INC. d/b/a NEW RIVER MARINA, who is personally known to me or produced _____ as identification.

*Christine M. Christopher*
Notary Public (signature)

CHRISTINE M. CHRISTOPHER
Notary Public (typed or printed)

My Commission Expires:



Christine M. Christopher
MY COMMISSION # CC842493 EXPIRES
June 18, 2003
BONDED THRU TROY FAIN INSURANCE, INC.

# Yachts East Inc.

## Statement of Account

### *Sarah Michelle*

Customer:
Fax Number:

| Date | Name | Invoice # | Amount | Balance |
|---|---|---|---|---|
| 11/05/1997 | | Payment | (2,500.00) | (2,500.00) |
| 09/24/1998 | | Payment | (5,000.00) | (7,500.00) |
| 09/27/1998 | | 43024 | 25,975.78 | 18,475.78 |
| 12/14/1998 | | Payment | (1,500.00) | 16,975.78 |
| 02/26/1999 | | Payment | (5,000.00) | 11,975.78 |
| 03/02/1999 | | 43024-02 | 6,355.39 | 18,331.17 |
| 04/07/1999 | | 43024-A1 | 1,512.75 | 19,843.92 |
| 05/04/1999 | | 43024-A2 | 975.65 | 20,819.57 |
| 05/26/1999 | | 43024-A3 | 2,027.39 | 22,846.96 |
| 06/14/1999 | | Payment | (1,500.00) | 21,346.96 |
| 08/23/1999 | | Payment | (500.00) | 20,846.96 |
| 08/31/1999 | | 43024-A4 | 3,261.56 | 24,108.52 |
| 10/07/1999 | | 43024-A5 | 1,045.31 | 25,153.83 |
| 12/22/1999 | | Payment | (500.00) | 24,653.83 |
| 01/13/2000 | | 43024-A6 | 1,028.59 | 25,682.42 |
| **Balance Due Yachts East Inc** | | | | **25,682.42** |

Yachts East Inc, 5955 State Road 84, Bay A-10, Ft. Lauderdale, FL 33312
Phone: 954-584-6666    Fax: 954-584-0335

EXHIBIT "1"

# Statement

New River Marina
3001 State Road 84
Fort Lauderdale, Fl. 33312

954 584-2500

| DATE |
|---|
| 2/4/2000 |

TO:

"Sarah Michelle"

| AMOUNT DUE | AMOUNT ENC. |
|---|---|
| $16,473.37 | |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| 12/31/1995 | Balance forward | | 0.00 |
| | 46' Wellcraft 4/1- | | |
| 05/24/1999 | INV #5285 - Repairs, April, May June | 3,241.40 | 3,241.40 |
| 07/16/1999 | INV #FC 1138 - Finance Charge | 84.72 | 3,326.12 |
| 07/28/1999 | INV #05757 - July | 1,010.45 | 4,336.57 |
| 08/24/1999 | INV #FC 1195 - Finance Charge | 77.42 | 4,413.99 |
| 08/24/1999 | INV #5852 - August/September | 1,939.80 | 6,353.79 |
| 09/16/1999 | INV #FC 1248 - Finance Charge | 72.07 | 6,425.86 |
| 09/27/1999 | INV #5969 | 1,011.90 | 7,437.76 |
| 10/13/1999 | INV #FC 1296 - Finance Charge | 93.54 | 7,531.30 |
| 10/26/1999 | INV #6099 | 977.85 | 8,509.15 |
| 11/10/1999 | INV #FC 1369 - Finance Charge | 111.23 | 8,620.38 |
| 11/24/1999 | INV #6263 | 1,011.90 | 9,632.28 |
| 12/13/1999 | INV #FC 1423 - Finance Charge | 149.76 | 9,782.04 |
| 12/22/1999 | PMT #9519 | -1,000.00 | 8,782.04 |
| 01/04/2000 | INV #6610 | 5,701.64 | 14,483.68 |
| 01/12/2000 | INV #6483 | 1,989.69 | 16,473.37 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 1,989.69 | 5,851.40 | 1,123.13 | 7,509.15 | $16,473.37 |

EXHIBIT "Z"

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**00-6187**
**CIV-GOLD**
**MAGISTRATE JUDGE SIMONTON**

**I (a) PLAINTIFFS**
Yachts East, Inc. and New River Boat Club, Inc. d/b/a/ New River Marina

**DEFENDANTS**
M/V "Sarah Michelle," In rem and Double Eagle Aviation, Inc., in personam

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Broward
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
James W. Stroup, P.A., 119 SE 12th St
Ft. Laud., FL 33316   954-462-8808

**ATTORNEYS (IF KNOWN)**

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION**: 3. Federal Question

**CAUSE OF ACTION**
46 U.S.C. §31301 et seq. - Maritime Lien for Necessaries

1 ½ days estimated (for both sides) to try entire case

**JURY DEMAND:** NO

DATE: 02-04-00

Receipt No. 518497   Amount: 150.00   Date Paid: 2/4/00