UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
_____ DIVISION

IN ADMIRALTY

YACHTS EAST, INC., A Florida
corporation and NEW RIVER BOAT
CLUB, INC. d/b/a NEW RIVER
MARINA, a Florida corporation,

CASE NO. 00-6187

CIV - GOLD

MAGISTRATE JUDGE
SIMONTON

Plaintiffs,

vs.

M/V Sarah Michelle, Official
Number 904827, her engines, tackle,
apparel and other appurtenances,
in rem, and DOUBLE EAGLE AVIATION,
INC., a foreign corporation, in personam,

Defendants.
_____/

### NOTICE OF ACTION IN REM AND ARREST OF VESSEL

In accordance with Supplemental Rule (C)(4) for Certain Admiralty and Maritime Action of the Federal Rules of Civil Procedure, and Local Admiralty Rule C(4), notice is hereby given of the arrest of the *M/V Sarah Michelle*, her engines, tackle, etc., in accordance with a Warrant of Arrest issued on February ___, 2000.

Pursuant to Supplemental Rule (C)(6), and Local Admiralty Rule C(6), any person having a claim against the vessel and/or property shall file a claim with the Court not later than ten (10) days after process has been effective, and shall file an answer within twenty (20) days from the date of filing their claim.

DATED this ____ day of February 2000.

JAMES W. STROUP, P.A.
Attorneys for Plaintiffs
119 Southeast 12th Street
Fort Lauderdale, Florida 33316
(954) 462-8808; Fax 462-0278

By:_____
JAMES W. STROUP
Florida Bar No. 0842117