UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
_____ DIVISION

IN ADMIRALTY

CASE NO. 00- **00-6187**

**CIV - GOLD**

MAGISTRATE JUDGE
SIMONTON

YACHTS EAST, INC., A Florida
corporation, and NEW RIVER BOAT
CLUB, INC. d/b/a NEW RIVER
MARINA, a Florida corporation,

      Plaintiffs,

vs.

*M/V Sarah Michelle*, Official Number
904827, her engines, tackle, apparel
and other appurtenances, *in rem*, and
DOUBLE EAGLE AVIATION, INC.,
A foreign corporation, *in personam,*

      Defendants.

_____/

## AFFIDAVIT OF SUBSTITUTE CUSTODIAN
## NEW RIVER BOAT CLUB, INC. D/B/A
## NEW RIVER MARINA

STATE OF FLORIDA    )
                    ) SS:
COUNTY OF BROWARD  )

Robert Wickman, being first duly sworn deposes and says:

1.    That he is the President of NEW RIVER BOAT CLUB, INC. d/b/a NEW RIVER

MARINA.

2.    That he is familiar with the defendant vessel, at least to the extent of her size, type,

construction material and apparent condition, and believes that he has adequate facilities and

supervision for, and to safely keep said vessel in place of the Marshal during the pendency of the suit

herein and until further order of the court, and in this regard, affiant states that he will perform the



1

following services for said vessel during her custodianship:  dockage, adequate and necessary

security, towage/shifting and pumping when necessary.

     3.     That affiant understands the approximate value of the vessel to be $55,000.00.

     4.     That the total charge for dockage will be the sum of $____ per foot/per day or $ *1200 Month*

per day.

     5.     That affiant has adequate facilities and supervision for the proper safekeeping of the

vessel and that he possesses insurance and assets of substance adequate to respond in damages for

loss of or injury to the defendant vessel during said custody or for damage sustained by third parties

due to negligence of said custodian.

     6.     That affiant will accept, in accordance with the terms of this Honorable Court's Order,

possession of the Defendant vessel, her engines, tackle, apparel, furniture, equipment, and all other

necessities thereunto appertaining and belonging, which is the subject of this action.

     FURTHER AFFIANT SAYETH NAUGHT.

                           NEW RIVER BOAT CLUB, INC. d/b/a
                           NEW RIVER MARINA

                           By: _____
                               Robert Wickman, President

     The foregoing instrument was sworn to and subscribed before me this ⟨3 RD⟩ day of February
2000 by Robert Wickman, as President of New River Boat Club, Inc., d/b/a New River Marina.  He
is personally known to me or has produced _____ as identification.

                           Christine M. Christopher
                           Notary Public (signature)

          CHRISTINE M.    CHRISTOPHER_____
                           Notary Public (printed or typed)

My Commission Expires:



Christine M. Christopher
MY COMMISSION # CC842493 EXPIRES
June 18, 2003
BONDED THRU TROY FAIN INSURANCE, INC

2