

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
_____ DIVISION

IN ADMIRALTY

CASE NO. 00- **00-6187**

**CIV - GOLD**

YACHTS EAST, INC., A Florida
corporation, and NEW RIVER
BOAT CLUB, INC. d/b/a NEW
RIVER MARINA, A Florida corporation,

MAGISTRATE JUDGE
SIMONTON

　　　　Plaintiffs,

vs.

*M/V Sarah Michelle,* Official Number
904827, her engines, tackle, apparel
and other appurtenances, *in rem*, and
DOUBLE EAGLE AVIATION, INC.,
a foreign corporation, *in personam,*

　　　　Defendants.
_____/

## CONSENT AND INDEMNIFICATION AGREEMENT
## FOR THE APPOINTMENT OF A SUBSTITUTE CUSTODIAN

　　　　Plaintiff YACHTS EAST, INC. (hereinafter "YACHTS EAST") and proposed substitute

custodian, NEW RIVER BOAT CLUB, INC. d/b/a NEW RIVER MARINA (hereinafter "NEW

RIVER"), hereby expressly release the U.S. Marshal for this district, and the U.S. Marshal's

Service, from any and all liability and responsibility for the care and custody of the *M/V Sarah*

*Michelle,* her engines, tackle, etc., while in the care, custody and control of NEW RIVER.

　　　　Plaintiff YACHTS EAST and proposed Substitute Custodian NEW RIVER also

expressly agree to hold the U.S. Marshal for this district, and the U.S. Marshal's Service,

1



harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

SIGNED this __3rd__ day of February 2000 at Fort Lauderdale, Florida.

PLAINTIFF
YACHTS EAST, INC.
2955 State Road 84, Bay A-10
Fort Lauderdale, Florida
954-584-6666

By:_____
     STEWART DONALDSON
     President

PLAINTIFF/SUBSTITUTE CUSTODIAN
NEW RIVER MARINA
3001 State Road 84
Fort Lauderdale, Florida 33312
954-582-2500

By:_____
     ROBERT WICKMAN
     President