UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
_____ DIVISION

IN ADMIRALTY

CASE NO. 00- **00-6187**

**CIV - GOLD**

MAGISTRATE JUDGE
SIMONTON

YACHTS EAST, INC., A Florida
Corporation and NEW RIVER
BOAT CLUB, INC. d/b/a NEW
RIVER MARINA, A Florida corporation,

    Plaintiff,

vs.

M/V Sarah Michelle, Official Number
904827, her engines, tackle, apparel
and other appurtenances, *in rem*, and
DOUBLE EAGLE AVIATION, INC.,
A foreign corporation, *in personam*,

    Defendants.
_____/

## ORDER APPOINTING SUBSTITUTE CUSTODIAN

THIS CAUSE is before the Court upon Plaintiffs, YACHTS EAST, INC. (hereinafter "YACHTS EAST") and NEW RIVER BOAT CLUB, INC. d/b/a NEW RIVER MARINA's Motion for Appointment of Substitute Custodian, and the Court having carefully considered said Motion, reviewed the Court file and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Plaintiffs' Motion for Appointment of Substitute Custodian be and the same is hereby GRANTED. It is further

ORDERED AND ADJUDGED that the United States Marshal for the Southern District of Florida, be and the same is hereby authorized and directed upon his seizure of the Defendant motor vessel *Sarah Michelle,* her engines, tackle, apparel, furniture, equipment and all other



necessaries thereunto appertaining and belonging, pursuant to said Warrant of Arrest, to surrender the possession thereof to the custody of the Substitute Custodian, NEW RIVER BOAT CLUB, INC. d/b/a NEW RIVER MARINA ("NEW RIVER MARINA") by her arrest. It is further

ORDERED AND ADJUDGED that the United States Marshal for the Southern District of Florida shall surrender the possession of the Defendant vessel to the Substitute Custodian named herein, and that upon the surrender, the Marshal shall be discharged from his duties and responsibilities for the safekeeping of the Defendant vessel and be held harmless from any and all claims arising out of the substituted possession and safekeeping. It is further

ORDERED AND ADJUDGED that NEW RIVER MARINA be, and is hereby appointed the custodian of said vessel to retain the same in its custody for possession and safekeeping for the compensation set forth in the Affidavit of Substitute Custodian filed with the Court until further order of this Court. It is further

ORDERED AND ADJUDGED that the Substitute Custodian herein shall, at the direction of the Owner or the Plaintiff, and by appointment only, permit prospective purchasers to board and inspect the vessel. It is further

ORDERED AND ADJUDGED that all Marshal's costs be paid prior to the release of the Defendant vessel and all further constructive costs will be borne by Plaintiff. It is further

ORDERED AND ADJUDGED that the Substitute Custodian must sign a receipt for the vessel and the Marshal must attest to the date and time of release on a U.S. Marshal's Return. It is further

ORDERED AND ADJUDGED that all reasonable expenditures of the United States Marshal for the safekeeping of Defendant vessel shall be deemed administrative expenses in this

action and a first charge on the vessel herein, to be paid to the United States Marshal prior to the release of the Defendant vessel or distribution of the proceeds of its sale, and all further constructive costs shall be borne by Plaintiffs.

ORDERED AND ADJUDGED that all reasonable expenditures which may be incurred by the United States of America and the Substitute Custodian, or by any party advancing funds to the Substitute Custodian, in safekeeping and maintaining the vessel while she is in *custodia legis*, shall be administrative expenses in this action and a first charge on the Defendant vessel herein, to be paid prior to the release of the vessel or the distribution of proceeds.

ORDERED AND ADJUDGED that the premiums charged for the liability insurance will be taxed as an expense of custody while the vessel is in *custodia legis* pursuant to Local Admiralty Rule E (10)(d)(3). It is further;

ORDERED AND ADJUDGED that Plaintiff's attorney will serve a copy of this Order to the owner of the Defendant vessel as soon as the owner files an appearance in this action.

DONE AND ORDERED in Chambers at _____Miami_____, Florida, this 10 day of February 2000.

_____
U.S. DISTRICT COURT JUDGE
**ALAN S. GOLD**

Copy furnished to:

James W. Stroup, Esq., 119 S.E. 12 Street, Fort Lauderdale, Florida 33316