UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
_____ DIVISION

IN ADMIRALTY

CASE NO. 00-

**00-6187**

**CIV - GOLD**

MAGISTRATE JUDGE
SIMONTON

YACHTS EAST, INC., A Florida
corporation and NEW RIVER BOAT
CLUB, INC. d/b/a NEW RIVER
MARINA, a Florida corporation,

Plaintiffs,

vs.

*M/V Sarah Michelle,* Official Number
904827, her engines, tackle, apparel
and other appurtenances, *in rem*, and
DOUBLE EAGLE AVIATION, INC.,
a foreign corporation, *in personam*,

Defendants.

_____/

## ORDER DIRECTING THE ISSUANCE
## OF THE WARRANT OF ARREST AND/OR SUMMONS

Pursuant to Supplemental Rule (C)(1) and Local Admiralty Rule C(2)(a), the Clerk is

directed to issue a warrant of arrest and/or summons in the above-styled action.

DONE AND ORDERED at _____, Florida, this ___ day of February 2000.

_____
United States District Court Judge
**ALAN S. GOLD**

Copies Furnished:
James W. Stroup, Esq.

