UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
_____ DIVISION

IN ADMIRALTY

CASE NO. 00- **00-6187**

**CIV - GOLD**

MAGISTRATE JUDGE
SIMONTON

YACHTS EAST, INC., A Florida
corporation and NEW RIVER BOAT
CLUB, INC. d/b/a NEW RIVER
MARINA, a Florida corporation,

  Plaintiffs,

vs.

*M/V Sarah Michelle*, Official Number
904827, her engines, tackle,
apparel and other appurtenances,
*in rem*, and DOUBLE EAGLE AVIATION,
INC., a foreign corporation, *in personam*,

  Defendants.
_____/

### WARRANT FOR ARREST IN REM

TO THE UNITED STATES MARSHAL FOR
THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

  The Verified Complaint in the above-styled in rem proceeding was filed in the Ft. Lauderdale, Broward County Division of this Court on February 4, 2000.

  In accordance with Supplemental Rule (C) for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the Defendant vessel, her boats, tackle, apparel and furniture, engines and appurtenances, and to detain the same in your custody pending further order of the Court.

1



You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

ORDERED at Miami, Florida, this 10 day of February 2000.

CLARENCE MADDOX
As Clerk of the Court

By: _____
As Deputy Clerk

Copy furnished to:

James W. Stroup, Esq.
Attorney for Plaintiff
Florida Bar No. 0842117
119 Southeast 12th Street
Fort Lauderdale, Florida 33316
(954) 462-8808; Fax 462-0278
E-Mail: StroupLaw@aol.com

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By: _____ Deputy Clerk
Date 2/14/2___

☐ WARRANT to issue for delivery to U.S. Marshal no later than noon of next business day following issuance

☐ Not to be executed on legal holiday, weekend or after noon of date preceding same

☐ May be executed any time of day.

_____
U.S. DISTRICT JUDGE
**ALAN S. GOLD**