UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6187-CIV-GOLD/SIMONTON
IN ADMIRALTY

YACHTS EAST, INC. a Florida
corporation, et. al,

   Plaintiffs

vs.

M/V SARAH MICHELLE, Official Number
904827, her engines, tackle, apparel and
other appurtenances, *in rem*, et. al,

   Defendant.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the court upon a *sua sponte* review of the record. The last action taken in this case occurred on February 14, 2000, when a warrant *in rem* was issued. Over three months have passed during which no further proceedings have occurred. Pursuant to S.D. Fla. L.R. 41.1, the court is authorized to dismiss this case for want of prosecution. Therefore, it is

**ORDERED AND ADJUDGED THAT:**

The parties are ordered to submit to the court within 10 days of this order a written response stating whether this action will require further supervision from the court or whether the action should be dismissed and closed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of September, 2000.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
James W. Stroup, Esq.
119 SE 12 St.
Ft. Lauderdale, FL 33316

