UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

CASE NO. 00-6187-CIV-GOLD/SIMONTON

NIGHT BOX
FILED

OCT 12 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

YACHTS EAST, INC., A Florida
corporation and NEW RIVER BOAT
CLUB, INC. d/b/a NEW RIVER
MARINA, a Florida corporation,

    Plaintiffs,

vs.

M/V Sarah Michelle, Official
Number 904827, her engines,
tackle, apparel and other
appurtenances, *in rem*, and
DOUBLE EAGLE AVIATION,
INC., a foreign corporation,
*in personam*,

    Defendant.
_____/

**PLAINTIFFS' RESPONSE TO THIS COURT'S
SEPTEMBER 29, 2000 ORDER TO SHOW CAUSE**

COME NOW, the Plaintiffs, YACHTS EAST, INC. and NEW RIVER BOAT CLUB, INC. and respond to this Court's September 29, 2000 *sua sponte* Order to Show Cause on why the above-referenced case should not be dismissed without prejudice for want of prosecution and shows:

1. After filing the case, the Plaintiffs directly and through counsel entered into extended settlement negotiations with the owner of the *M/V Sarah Michelle* and the mortgagee for the vessel. Despite numerous settlement attempts and promises for payment, no settlement

materialized. The Plaintiffs delayed in prosecuting the action in the hopes that the Defendant owner would finalize the settlement as represented. However, the settlement was never consummated and the undersigned counsel of record for the Plaintiffs has been advised that he should seek an enlargement of time in which to have the Defendant Vessel arrested up to and including the next ten (10) days from the date hereof. It is thought that this time period will give the Defendant Vessel's owner one last opportunity to pay the outstanding balance. In the event that this does not occur the vessel will be arrested within two (2) weeks from the date of this response. It makes more sense and saves judicial economy for this Court to indulge the Plaintiffs with this two (2) week enlargement in which to effectuate the arrest of the Defendant Vessel, instead of having the case re-filed and assigned to a new judge who would have to evaluate the pleadings and proceed forward with the vessel's arrest.

WHEREFORE, having shown that the delay was caused by settlement discussions, the Plaintiffs move this Court for it's Order allowing two additional weeks in which to effectuate *in rem* service of process against the Defendant vessel *Sarah Michelle* and for such other and further relief as this Court deems just and proper.

DATED this 11th day of October 2000.

> JAMES W. STROUP, P.A.
> Attorneys for Plaintiffs
> 119 Southeast 12th Street
> Fort Lauderdale, FL 33316
> (954) 462-8808; fax 462-0278
>
> BY_____
> JAMES W. STROUP
> Florida Bar No. 0842117