UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6187-CIV-GOLD/SIMONTON

IN ADMIRALTY

REC'D by ___ D.C.
OCT 1 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

YACHTS EAST, INC. a Florida
corporation, et. al,

    Plaintiffs

vs.

M/V SARAH MICHELLE, Official Number
904827, her engines, tackle, apparel and
other appurtenances, *in rem*, et. al,

    Defendant.
_____/

### ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING EXTENSION

**THIS CAUSE** is before the court upon the plaintiff's response to the court's order to show cause. The plaintiff has indicated that the parties have been unable to finalize a settlement and that it seeks an enlargement of time in which the effectuate the arrest of the defendant vessel. The plaintiff's request is granted, and service of process against the vessel shall occur by October 26, 2000.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _18_ day of October, 2000.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
James W. Stroup, Esq.
119 SE 12 St.
Ft. Lauderdale, FL 33316

