UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY
CASE NO. 00-6187-CIV-GOLD/SIMONTON

YACHTS EAST, INC., A Florida
corporation and NEW RIVER BOAT
CLUB, INC. d/b/a NEW RIVER
MARINA, a Florida corporation,

    Plaintiffs,

vs.

M/V Sarah Michelle, Official
Number 904827, her engines,
tackle, apparel and other
appurtenances, *in rem*, and
DOUBLE EAGLE AVIATION,
INC., a foreign corporation,
*in personam*,

    Defendant.
_____/



**CLOSED CIVIL CASE**

### ORDER CLOSING CASE

THIS MATTER having come before the Court upon Plaintiffs' Notice of Voluntary Dismissal, and the Court having reviewed the record and being duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this matter is dismissed with prejudice and the Clerk of Court is directed to close the file.

**DONE AND ORDERED** in Chambers, Miami, Miami-Dade County, Florida this 2— Nov day of ~~October~~ 2000.

                                              The Honorable Alan S. Gold
                                              United States District Court Judge

copies furnished: James W. Stroup, Esq.